1   C. Joshua Felker
     FelkerC@sec.gov
2   Michael S. Fuchs (D.C. Bar No. 431440)
     FuchsM@sec.gov
3   Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4   100 F Street, N.E.
   Washington, DC 20549-5553
5   Telephone: 202.551.4758
   Facsimile: 202.772.9236

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | Civil No. 3:14-cv-02157-EDL |
| **v.** | **FINAL JUDGMENT AS TO DEFENDANT HEBERT RICHARD LAWSON** |
| **HERBERT RICHARD LAWSON, WILLIAM B. LAWSON, and JOHN J. CERULLO,** | |
| **Defendants.** | |

The Securities and Exchange Commission having filed a Complaint, and

Defendant Herbert Richard Lawson having entered a general appearance; consented to the

Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of

this Final Judgment without admitting or denying the allegations of the Complaint (except as to

jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from

this Final Judgment:

**I.**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [*15 U.S.C. § 78j(b)*] and Rule 10b-5 promulgated thereunder [*17 C.F.R. § 240.10b-5*], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)     to employ any device, scheme, or artifice to defraud;

(b)     to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)     to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

**II.**

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [*15 U.S.C. § 77q(a)*] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a)     to employ any device, scheme, or artifice to defraud;

---

FINAL JUDGMENT AS TO DEFENDANT
HERBERT RICHARD LAWSON

(b)     to obtain money or property by means of any untrue statement of a material fact or

any omission of a material fact necessary in order to make the statements

made, in light of the circumstances under which they were made, not misleading;

or

(c)     to engage in any transaction, practice, or course of business which operates or

would operate as a fraud or deceit upon the purchaser.

**III.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to Section 21(d)(2) of the Exchange Act [*15 U.S.C. § 78u(d)(2)*] and Section 20(e) of the Securities Act [*15 U.S.C. § 77t(e)*], Defendant is prohibited from the date of entry of this Final Judgment from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [*15 U.S.C. § 78l*] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [*15 U.S.C. § 78o(d)*].

**IV.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $1,557,384.57 to the Securities and Exchange Commission pursuant to Section 21A of the Exchange Act [*15 U.S.C. § 78u-1*].  Defendant shall make this payment within 14 days after entry of this Final Judgment.  Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.   Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.

Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

1
2
3

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

4   and shall be accompanied by a letter identifying the case title, civil action number, and name of

5   this Court; Herbert Richard Lawson as a defendant in this action; and specifying that payment is

6   made pursuant to this Final Judgment.

7
8          Defendant shall simultaneously transmit photocopies of evidence of payment and case

9   identifying information to the Commission's counsel in this action.  By making this payment,

10  Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of

11  the funds shall be returned to Defendant.  The Commission shall send the funds paid pursuant to

12  this Final Judgment to the United States Treasury. Defendant shall pay post-judgment interest on

13  any delinquent amounts pursuant to 28 USC § 1961.

14  **V.**

15         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is

16  incorporated herein with the same force and effect as if fully set forth herein, and that Defendant

17  shall comply with all of the undertakings and agreements set forth therein.

18
19  **VI.**

20         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

21  jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

22
23
24
25
26
27
28

FINAL JUDGMENT AS TO DEFENDANT
HERBERT RICHARD LAWSON

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## VII.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

      IT IS SO ORDERED

Dated: ____May 20____, __2014__

                  _____

                  UNITED STATES DISTRICT JUDGE